**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail: nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204-3211
Telephone: 503-417-0508
Fax: 503-417-0528
Local Counsel for Defendant Trans Union, LLC

**Laura K. Rang, Esq.** (Admitted *Pro Hac Vice*)
**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com
         wbrown@schuckitlaw.com
Counsel for Defendant Trans Union, LLC

FILED'11 MAR 3 14:52USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| KELLY GARDNER,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, a foreign corporation, and TRANS<br>UNION LLC, a foreign corporation,<br>    Defendants. | CASE NO. 3:10-cv-00288-HA<br><br>~~PROPOSED~~ ORDER OF DISMISSAL<br>WITH PREJUDICE BETWEEN<br>PLAINTIFF AND DEFENDANT TRANS<br>UNION, LLC ONLY |

Plaintiff Kelly Gardner, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

Page 1 – PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
         PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Kelly Gardner against Defendant Trans Union, LLC are dismissed, with prejudice.

Date: March 3, 2011

*/s/* (signature)
JUDGE, United States District Court,
District of Oregon

SUBMITTED BY:

*/s/ Laura K. Rang*
Laura K. Rang, Esq. (Admitted *Pro Hac Vice*)
Ind. Bar #26238-49-A
Telephone: 317-363-2400

*Lead Counsel for Defendant Trans Union, LLC*

Nicholas J. Henderson, Esq.
OSB #074027
Telephone: 503-417-0508

*Local Counsel for Defendant Trans Union, LLC*

Distribution:

| | |
|---|---|
| Robert S. Sola, Esq.<br>rssola@msn.com | Jeffrey M. Edelson, Esq.<br>JeffEdelson@MHGM.com |
| Keasha Ann Broussard, Esq.<br>abroussard@kslaw.com | Laura K. Rang, Esq.<br>lrang@schuckitlaw.com |

Page 2 – **PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**